## BOSTWICK v. NICKELSON.

*In an action of slander, evidence shall not be given of special damage, unless it be alleged in the declaration.*

ACTION on the case for words, respecting the plaintiff in his profession, as attorney at law.

The declaration concluded with these words: "That by reason of the defendant's uttering and publishing the false and scandalous words aforesaid, those who used to employ him in their cases and important concerns, daily withdraw themselves, their business," etc.

The defendant's counsel suggested to the court, that the plaintiff had alleged special damage; and, therefore, moved to inquire whether any had been sustained.

Mr. Reeve, counsel for the plaintiff, denied that those words in the declaration amounted to an allegation of special damage; and cited the case of Browning v. Newman, 1 Strange, 666; also Buller's *Nisi Prius*, 7th page.

By the COURT. This declaration is general; there are no damages so particularly set forth, as to ground a special inquiry.